# DEPARTMENT OF THE ARMY

VICKSBURG DISTRICT, CORPS OF ENGINEERS
4155 CLAY STREET
VICKSBURG, MISSISSIPPI 39183-3435

REPLY TO
ATTENTION OF:

August 28, 2006

Real Estate Division

Bass Management, Inc.
4120 Brady Mountain Road
Royal, Arkansas 71968

Dear Mr. Bass:

In response to your letter of July 6, 2006, requesting a Contracting Officer's Decision, we are unable to respond to your letter within the normal sixty day time frame due to Hurricane Katrina and other workload constraints. We will issue a decision by December 18, 2006, on your claims.

Sincerely,

Burke S. Torrey
Chief, Real Estate Division

CERTIFIED MAIL: 7005 1820 0007 3814 0907

EXHIBIT
C

DEPARTMENT OF THE ARMY
VICKSBURG DISTRICT, CORPS OF ENGINEERS
4155 CLAY STREET
VICKSBURG, MISSISSIPPI 39183-3435

REPLY TO
ATTENTION OF:

September 5, 2006

Real Estate Division

Bass Management, Inc.
4120 Brady Mountain Road
Royal, Arkansas 71968

Dear Mr. Bass:

In response to your letter of September 1, 2006, according to FAR 33.211, if a decision will not be issued within sixty days, the contracting officer will notify the contractor, within that period, of the time within a decision will be issued. In my letter of August 28, 2006, I advised that a decision would be issued by December 18, 2006. That decision stands. As a point of clarity, nothing was said in my letter of August 28, 2006, about debarment.

Sincerely,

Burke S. Torrey
Burke S. Torrey
Chief, Real Estate Division

Copy Furnished:

Frank W. Trapp
Phelps Dunbar LLP
P.O. Box 23066
Jackson, Mississippi 39225-3066

CERTIFIED MAIL: 7005 1820 0007 3814 0112

EXHIBIT
tabbies
D

Brady Mountain Resort & Marina
4120 Brady Mountain Road
Royal, Arkansas 71968
Phone: (501) 767-3422
Fax: (501) 767-6506
Email: bradymtn@hsnp.com
www.bradymtn.com

October 02, 2006

Burke S. Torrey
Real Estate Division
Corps of Engineers
4155 Clay Street
Vicksburg, Mississippi 39183

RE: Letter of Recommendation, Estoppel Certificate

Dear Mr. Torrey,

I have been asked to participate in a Marina project on the Arkansas River next to the Clinton Library. The city of Little Rock has looked at Brady Mountain Resort and it wants a partner with a proven track record. This is a very exciting project and we will be working with the Little Rock Corps of Engineers. I need to know that since our Criminal Investigation is now behind us if I can count on you as my Contracting Officer to write me a favorable letter of recommendation when the city of Little Rock calls.

As you are aware, the Criminal Investigation basically shut down Bass Management, Inc. for three years. I am now exploring the purchase of SWAHA on Lake Greeson again. I need to know if you will now be able to provide me with an Estoppel Certificate as you did in October 2003. I have provided you with a new one that I need back this week so I can explore my banking options.

Mr. Torrey, you know that money that will be needed to purchase SWAHA will now cost me double in interest from three years ago. It just does not seem right.

I await your response.

Sincerely

Ned Bass
Brady Mountain Resort & Marina
Bass Management, Inc.

EXHIBIT
E

**DEPARTMENT OF THE ARMY**
VICKSBURG DISTRICT, CORPS OF ENGINEERS
4155 CLAY STREET
VICKSBURG, MISSISSIPPI 39183-3435

REPLY TO
ATTENTION OF:

October 5, 2006

Real Estate Division

SUBJECT: Contract No. DACW38-1-96-46

Bass Management, Incorporated
Attention: Mr. Ned Bass
4120 Brady Mountain Road
Royal, Arkansas 71968

Dear Mr. Bass:

I am responding to your two letters dated October 2, 2006. In response to your letter entitled "Re: Ned Bass, etc.," I decline to discuss the particulars of the investigation. As required by our regulations, the matter was referred to the U.S. Criminal Investigation Command (CID), which in turn referred it to the United States Attorney's Office.

In response to your letter entitled "RE: Letter of Recommendation, etc.," it has been explained to your repeatedly that a routine audit revealed major discrepancies between what you were reporting to us as income and what you were actually paying under the lease. Since an active dispute still exists between the Corps and Bass Management, Inc. over the alleged under-reporting of gross receipts, I decline your request for an estoppel certificate and a letter of recommendation. I will also use this letter to note that you called me on 4 October 2006 and that we discussed these issues from my perspective as Contracting Officer of Contract No. DACW38-1-96-46 only.

Sincerely,

Burke S. Torrey
Chief, Real Estate Division

EXHIBIT
F

tabbies

Return Receipt: 7005 1820 0007 3814 0129

**DEPARTMENT OF THE ARMY**
VICKSBURG DISTRICT, CORPS OF ENGINEERS
4155 CLAY STREET
VICKSBURG, MISSISSIPPI 39183-3435

REPLY TO
ATTENTION OF:

November 9, 2006

Real Estate Division

Bass Management, Inc.
ATTN: Mr. Ned Bass
4120 Brady Mountain Road
Royal, Arkansas 71968

Dear Mr. Bass:

Circumstances have changed since I wrote you setting a date of December 18, 2006, for a Contracting Officer's Decision. Because action is still pending with the Criminal Investigation Command, I am prohibited from acting on administrative matters directly related to the referred case as long as allegations of fraud remain. Accordingly, it will be an indefinite time before I am able to give you a Contracting Officer's Decision.

Sincerely,

Burke S. Torrey
Chief, Real Estate Division

Certified Mail Return Receipt: 7005 1820 0007 3814 0136

EXHIBIT
G
tabbies

DEPARTMENT OF THE ARMY
VICKSBURG DISTRICT, CORPS OF ENGINEERS
2101 NORTH FRONTAGE ROAD
VICKSBURG MISSISSIPPI 39180-5191

REPLY TO ATTENTION OF:

December 20, 1995

Real Estate Division
Management and Disposal

SUBJECT: Lake Ouachita, Arkansas, Lease No. DACW38-1-96-46, Brady Mountain Resort

Mr. Benton N. Bass, President
Bass Management, Inc.
4120 Brady Mountain Road
Royal, Arkansas 71968

Dear Mr. Bass:

Enclosed you will find an executed lease for commercial concession purposes for a term of twenty-five years beginning January 1, 1996 (enclosure 1).

Your monthly rent will be 2.3 percent of your gross sales payable monthly with the first payment due February 11, 1996. Sale receipts from boats and motors are excluded and assessed a straight one percent rent.

I have enclosed a form for calculating your monthly rental payment (enclosure 2). Please submit this form with your rent payment each month.

Should you have any questions regarding this matter, please contact Mr. Bill Mayfield at (601) 631-7488.

Sincerely,

Burke S. Torrey
Chief, Real Estate Division

Enclosures

EXHIBIT
H
tabbles

# ESTOPPEL CERTIFICATE

BOOK 2345 PAGE 0086

KNOW ALL MEN BY THESE PRESENTS:

The undersigned, Burke S. Torrey, Chief of the Real Estate Division, Vicksburg District, of the United States Army Corps of Engineers, states that the United States of America is the owner of the following described land situated in Garland County, Arkansas, to wit:

SEE ATTACHMENT MARKED "EXHIBIT A"

The aforesaid lands are subject to a lease agreement dated January 1, 1996, between the United States Department of the Army as Lessor and Bass Management Inc. as Lessee. A copy of said lease is attached and marked "Exhibit B".

The undersigned hereby states that the aforesaid lease is true and correct, that there are no amendments or modifications, that said lease is in full force and effect and that the Lessee, Bass Management Inc., is not in default as to any of the terms and conditions of said lease as of the date of this instrument.

Witness my hand this 7th day of October, 2003.

Burke S. Torrey
Chief of the Real Estate Division, Vicksburg District
Of the United States Army Corps of Engineers

CERTIFICATE OF RECORD
I, Vicki E. Rima, Circuit Clerk and Ex-officio Recorder of Garland County, Arkansas, do hereby certify that this instrument was filed for record in my office as indicated hereon and the same is now duly recorded with the acknowledgment and certificate thereon in Record Book and Page as indicated thereon.
IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Court on the date indicated hereon.
Vicki E. Rima
Circuit Clerk
Ex-officio Recorder
BY

ACKNOWLEDGEMENT:

STATE OF Mississippi

COUNTY OF Warren

On this 7th day of October, 2003, before me, a Notary Public, personally appeared Burke S. Torrey, Known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the consideration and purposes therein mentioned and set forth.

Notary Public

MISSISSIPPI STATEWIDE NOTARY PUBLIC
MY COMMISSION EXPIRES SEPT. 19, 20
BONDED THRU STEGALL NOTARY SERV

My Commission Expires

EXHIBIT
I

# EXHIBIT "A"

BOOK 2345 PAGE 0087

A TRACT OF LAND BEING A PART OF THE NE1/4 OF SECTION (8), PART OF THE SE1/4 SE1/4 OF SECTION (5), PART OF THE SW1/4 OF SECTION (4), AND PART OF THE NW1/4 OF SECTION (9), ALL IN TOWNSHIP (2) SOUTH, RANGE (21) WEST OF THE FIFTH P.M. IN GARLAND COUNTY ARKANSAS, DESCRIBED AS FOLLOWS: COMMENCE AT THE SOUTHEAST CORNER OF THE SAID NE1/4 OF SECTION (8), AS MARKED BY A 3" DIA. BRASS CAP MONUMENT SET 1972 BY THE B.L.M., AND RUN N00°12'00"E ALONG THE EAST LINE OF THE NE1/4 OF SAID SECTION (8), 330.09 FT. TO A 2" DIA. ALUMINUM CAP ON A NO.5 REBAR BY PLS NO. 1013 AND THE POINT OF BEGINNING. THENCE N88°28'27"W PARALLEL WITH THE SOUTH LINE OF THE SAID NW1/4 OF SECTION (9), 824.72 FT. TO A 2" DIA. ALUMINUM CAP ON A NO.5 REBAR BY PLS NO. 1013; THENCE S71°45'00"W, 127.08 FT. TO A 2" DIA. ALUMINUM CAP ON A NO.5 REBAR BY PLS NO. 1013 ON THE 578 FT. CONTOUR OF LAKE OUACHITA; THENCE MEANDERING ALONG AND WITH THE SAID 578 FT. CONTOUR IN A NORTHERLY DIRECTION 1782.00 FT. TO A 2" DIA. ALUMINUM CAP ON A NO.5 REBAR BY PLS NO. 1013; THENCE LEAVING THE SAID 578 FT. CONTOUR AT N08°30'00"E FOR 220.00 FT. TO A 2" DIA. ALUMINUM CAP ON A NO.5 REBAR BY PLS NO. 1013; THENCE N67°30'00"W, 209.00 FT. TO A 2" DIA. ALUMINUM CAP ON A NO.5 REBAR BY PLS NO. 1013; THENCE N02°30'00"E, 94.00 FT. TO A 2" DIA. ALUMINUM CAP ON A NO.5 REBAR BY PLS NO. 1013; THENCE S77°30'00"E, 162.00 FT. TO A 2" DIA. ALUMINUM CAP ON A NO.5 REBAR BY PLS NO. 1013; THENCE N19°30'00"E, 58.00 FT. TO A NAIL ON THE SOUTHERLY EDGE OF A ASPHALT ROAD; THENCE S58°26'43"E ALONG THE SAID EDGE OF A ASPHALT ROAD 66.00 FT. TO A 2" DIA. ALUMINUM CAP ON A NO.5 REBAR BY PLS NO. 1013; THENCE N05°53'43"E ACROSS A ASPHALT ROAD 50.94 FT. TO A 2" DIA. ALUMINUM CAP ON A NO.5 REBAR BY PLS NO. 1013 ON THE NORTHERLY EDGE OF A ASPHALT ROAD; THENCE N31°30'47"W ALONG THE EDGE OF THE SAID ASPHALT ROAD 220.00 FT. TO A 2" DIA. ALUMINUM CAP ON A NO.5 REBAR BY PLS NO. 1013; THENCE LEAVING THE SAID EDGE OF ROAD AT N58°29'13"E FOR 30.00 FT. TO A 2" DIA. ALUMINUM CAP ON A NO.5 REBAR BY PLS NO. 1013; THENCE N31°30'47"W, 60.00 FT. TO A 2" DIA. ALUMINUM CAP ON A NO.5 REBAR BY PLS NO. 1013; THENCE S58°29'13"W, 30.00 FT. TO A 2" DIA. ALUMINUM CAP ON A NO.5 REBAR BY PLS NO. 1013 ON THE NORTHERLY EDGE OF A ASPHALT ROAD; THENCE N31°30'47"W ALONG THE SAID EDGE OF A ASPHALT ROAD 175.00 FT. TO A 2" DIA. ALUMINUM CAP ON A NO.5 REBAR BY PLS NO. 1013; THENCE LEAVING THE SAID ROAD AT N29°02'37"E ALONG THE CENTER OF A DRAIN 211.44 FT. TO A 2" DIA. ALUMINUM CAP ON A NO.5 REBAR BY PLS NO. 1013 ON THE 578 FT. CONTOUR OF LAKE OUACHITA; THENCE MEANDERING ALONG AND WITH THE SAID 578 FT. CONTOUR IN A NORTHEASTERLY THEN SOUTHEASTERLY DIRECTION 6322.00 FT. TO A 2" DIA. ALUMINUM CAP ON A NO.5 REBAR BY PLS NO. 1013; THENCE LEAVING THE SAID 578 FT. CONTOUR AT N05°59'55"E ACROSS A COVE, FOR 352.90 FT. TO A 2" DIA. ALUMINUM CAP ON A NO.5 REBAR BY PLS NO. 1013 ON THE 578 FT. CONTOUR OF LAKE OUACHITA; THENCE MEANDERING ALONG AND WITH THE SAID 578 FT. CONTOUR 5984.00 FT. TO A 2" DIA. ALUMINUM CAP ON A NO.5 REBAR BY PLS NO. 1013 330.00 FT. WEST OF THE EAST LINE OF THE SAID SW1/4 OF SECTION (4); THENCE LEAVING THE SAID 578 FT. CONTOUR AT S00°36'33"W, PARALLEL WITH THE EAST LINE OF THE SAID SW1/4 OF SECTION (4), 1058.21 FT. TO A POINT ON THE NORTH LINE OF THE SAID NW1/4 OF SECTION (9), 330.00 FT. WEST OF THE NORTHEAST CORNER THEREOF; THENCE CONTINUE S00°36'34"W PARALLEL WITH THE EAST LINE OF THE SAID NW1/4 OF SECTION (9), 2301.40 FT. TO A 2" DIA. ALUMINUM CAP ON A NO.5 REBAR BY PLS NO. 1013; THENCE N88°28'27"W PARALLEL WITH AND 330.00 FT. NORTH OF THE SOUTH LINE OF THE SAID NW1/4 OF SECTION (9), 2305.60 FT. TO THE POINT OF BEGINNING. ACCORDING TO SURVEY BY STEVE HAWKINS, PLS No. 1013, ON 11/07/2000.

# ROBERT S. LANEY, P.A.

A Professional Corporation
ATTORNEY AND COUNSELOR AT LAW

303 Jackson Street SW
P. O. Box 777
Camden, Arkansas 71711

Telephone. (870) 836-5771
Fax: (870) 836-5772
E-Mail: rslaney@cablelynx.com


September 27, 2006

***VIA FAX NO. 501-767-6506***

Mr. Ned Bass
Brady Mountain Resort & Marina
4120 Brady Mountain Road
Royal, AR 71968

***Re: Army Corps of Engineers***

Dear Ned:

As per our telephone conversation, this is to confirm that I have received confirmation from David Balwinski of the United States Army, Criminal Investigation Division, that all criminal charges against Ned Bass have been dropped and dismissed and will no longer be pursued.

Mr. Balwinski informed me that he was now in charge of the civil investigation and wanted to wind this matter up as soon as possible, and the only remaining thing was to finish the audit. Now, as an update, I have now talked to him after he had talked to the auditors, and the only thing Mr. Balwinski said the auditors needed now to complete their audit was the gross receipts of the restaurant from 1999 to 2005. They are no longer interested in Ouachita Marine or Hill's Lake Escape. My response to him was that the restaurant, I did not believe, was a sublease, and probably had already been included in the gross receipts report furnished by your accountant. At any rate, I will talk to you this weekend.

Sincerely,

ROBERT S. LANEY, P.A.

Robert S. Laney

EXHIBIT
tabbies
J

RSL:bb