RECEIVED
JAN 2 4 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

**FORM 2**
**COVER SHEET**

# In The United States Court of Federal Claims

07 - 56 C

Cover Sheet

Plaintiff(s) or Petitioner(s)
BASS MANAGEMENT, INC.

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record (See RCFC 83.1(c)): Frank W. Trapp

Firm Name: Phelps Dunbar LLP

Post Office Box: Post Office Box 23066

Street Address: 111 E. Capitol Street

City-State-Zip: Jackson, MS 39201

Telephone & Facsimile Numbers: T: (601)360-9333 F: (601)360-9777

Is the attorney of record admitted to the Court of Federal Claims Bar? yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of Suit Code: 1 0 4
**Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Agency Identification Code: A R M
**See attached sheet for three-digit codes.**

Amount Claimed: $ amount in excess of $153,149.00
**Use estimate if specific amount is not pleaded.**

Bid Protest: $__________
**Indicate approximate amount of procurement at issue.**
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination: __________

Related Cases:
If this case is directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.