ORIGINAL

FILED
JAN 24 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BASS MANAGEMENT, INC.**

**VS.** **NO: 07 - 56 C**

**UNITED STATES OF AMERICA**

## RULE 7.1 DISCLOSURE STATEMENT

Bass Management, Inc. is a closely held corporation that is authorized to do business and does business in the State of Arkansas. Bass Management, Inc. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

THIS, the 23 day of January, 2007.

Respectfully submitted,

BY: [signature]

Frank W. Trapp, MB #8261
PHELPS DUNBAR LLP
111 East Capitol Street • Suite 600
Jackson, Mississippi 39201-2122
P. O. Box 23066
Jackson, Mississippi 39225-3066
Telephone: (601) 352-2300
Telecopier: (601) 360-9777