IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BASS MANAGEMENT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 07-056C (Chief Judge Damich) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMNT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 30 day enlargement of time, to and including April 25, 2007, to file a response to plaintiff's complaint. Presently defendant's response to the complaint is due no later than March 26, 2007. This is defendant's first request for an enlargement of time for this purpose. Defendant has consulted with counsel for plaintiff, and counsel for plaintiff has represented that plaintiff consents to our request for an enlargement of time.

Plaintiff's complaint encompasses 26 pages and 155 paragraphs of allegations. Appended to the complaint are nine exhibits. Undersigned counsel and counsel for the Army Corps of Engineers, Vicksburg District, are continuing to collect information to allow the United States to respond adequately and responsibly to the detailed allegations contained in the complaint. Agency counsel is in the process of preparing a final and complete litigation report. We rely upon agency counsel to prepare a litigation report, pursuant to 28 U.S.C. § 520, concerning the case so that we may respond properly to actions filed against the United States.

Due to the varied and complex allegations involved, defendant's counsel will require additional time to review the final litigation report and time to obtain supervisory review for the preparation and filing of the Government's response.

For the foregoing reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time of 30 days, to an including April 25, 2007, within which to file a response to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

KATHRYN A. BLEECKER
Assistant Director

s/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

March 21, 2007 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 21st day of March, 2007, a copy of the foregoing "Defendant's Unopposed Motion for an Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David M. Hibey