# In the United States Court of Federal Claims

No. 07-56 C
(Filed: June 29, 2007)

***********************************
**BASS MANAGEMENT, INC.** *
Plaintiffs, *
v. *
**THE UNITED STATES,** *
Defendant. *
***********************************

## ORDER

On June 18, 2007, the parties filed a Joint Preliminary Status Report ("JPSR") in response to the questions set forth in Paragraph III(4) of Appendix A of the Court's Rules. However, the JPSR failed to address the supplemental questions set forth in Paragraphs 6 ("Supplemental Information in the JPSR") and 7 ("Appendix to Joint Preliminary Status Report") of the Court's Special Procedures Order ("SPO"), issued on February 15, 2007. Accordingly, the parties are hereby ORDERED to file, on or before **July 16, 2007**, a revised JPSR that also responds to Paragraphs 6 and 7 of the SPO. The parties are instructed to be particularly mindful of the Court's instructions pursuant to Paragraphs 6(c) and 7(a) of the SPO.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge