IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BASS MANAGEMENT, INC., Plaintiff, | ) | |
| v. | ) | Case No. 07-056C (Chief Judge Damich) |
| THE UNITED STATES, Defendant. | ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME**

The parties respectfully request an extension of time of four days to and including July 20, 2007, to file a revised Joint Preliminary Status Report ("JPSR"). The JPSR is now due to be filed on July 16, 2007.[1] This is the parties' first request for an extension of time for this purpose.

The parties seek an enlargement in time because both parties need additional time to review, revise, and edit the JPSR before submitting it to this Court. The allegations at issue are multiple and varied. The plaintiff's seven count complaint encompasses 26 pages and 155 paragraphs. The plaintiff also filed on July 9, 2007, a motion for leave to amend its complaint to add another count to the complaint. Due to the multiple allegations at issue, additional time is also necessary for undersigned counsel to consult with their respective clients to complete preparation of the JPSR. Additional time will also permit Government counsel to obtain necessary supervisory review.

For the foregoing reasons, we respectfully request that our motion be granted.

[1] The parties initially filed a JPSR in this matter on June 18, 2007. This Court ordered the parties on June 29, 2007 to file a revised JPSR on or before July 16, 2007.

Respectfully submitted,

/s/ Frank W. Trapp

Frank W. Trapp, MB #8261
Phelps Dunbar LLP
111 East Capitol Street • Suite 600
Jackson, Mississippi 39201-2122
P. O. Box 23066
Jackson, Mississippi 39225-3066
Telephone: (601) 352-2300
Facsimile: (601_360-9777
Attorneys for plaintiff

PETER D. KEISLER

Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

July 13, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on this 13th day of July, 2007, a copy of the foregoing "Joint Motion for Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s David M. Hibey