# In the United States Court of Federal Claims

No. 07-56 C
(Filed: July 17, 2007)

***********************************
**BASS MANAGEMENT, INC.** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

**ORDER**

On July 13, 2007, the parties filed a joint motion for a four-day enlargement of time to file a revised Joint Preliminary Status Report ("JPSR"), which was due on July 16, 2007. The parties seek additional time, inter alia, "for undersigned counsel to consult with their respective clients to complete preparation of the JPSR." In light of the above, the Court hereby GRANTS the parties' motion. The parties shall file a revised JPSR on or before **July 20, 2007**.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge