**DEPARTMENT OF THE ARMY**
UNITED STATES ARMY LEGAL SERVICES AGENCY
901 NORTH STUART STREET
ARLINGTON VA 22202-1837

June 29, 2007

REPLY TO
ATTENTION OF
Procurement Fraud Branch

**CERTIFIED MAIL**
**RETURN RECEIPT**
**REQUESTED**

SUBJECT: Show Cause Letter for Bass Management

**Phelps Dunbar LLP**
**Attention: Frank W. Trapp**
**111 East Capital Street Suite 600**
**Jackson Mississippi 39201-2122**
**Phone: (601) 352-2300**

Dear Mr. Trapp:

The Procurement Fraud Branch, (PFB) reviewed the response to the Show Cause Letter, dated March 22, 2006 you submitted on behalf of Mr. Benton N. Bass and Bass Management (Bass). At the moment, no further action will be taken against Bass.

It our understanding that Bass is actively engaged in litigation with the Vicksburg District, U.S. Army Corps of Engineers in the United States Court of Federal Claims. This litigation pertains to the lease between the Department of the Army and Bass Management, Lease No. DACW38-1-96-46. In particular, the dispute revolves around the interpretation of Clause 2. Consideration, and how the rent, due to the United States, in consideration for the lease is calculated. The interpretation of this clause is the crux of the Show Cause letter PFB sent Bass. In light of the existing litigation concerning this issue, PFB will hold its reply, to your submission to the Show Cause letter, in abeyance until the underlying litigation in the Court of Federal Claims is resolved.

If you have any questions, please contact Ms. McCaffrey at (703) 696-1554 or E-mail at Angelines.McCaffrey@hqda.army.mil.

Sincerely,

Christine S. McCommas

Christine S. McCommas
Chief, Procurement Fraud Branch

CF:
Bass Management, Inc
Mr. Benton N. Bass
Ms. Mellie M. Billingsley
Mr. Henry H. Black
SA David J. Bawlinski

Printed on Recycled Paper