# In the United States Court of Federal Claims

No. 07-56 C
(Filed: August 16, 2007)

*************************************
**BASS MANAGEMENT, INC.** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
*************************************

**ORDER**

On July 9, 2007, the Plaintiff filed a motion for leave to amend its first amended complaint to include a claim for reformation and restitution (Count VIII). As discussed at the preliminary status conference held today, August 16, 2007, the Court hereby GRANTS Plaintiff's motion. Accordingly, Plaintiff shall file its second amended complaint on or before **August 20, 2007**.

At the status conference, the parties agreed to conduct discovery on issues pertaining to Count I and Count VIII only (the other counts will be effectively stayed). As discussed, fact discovery regarding all issues relevant to Count I and Count VIII shall commence immediately and close on **December 7, 2007**. The parties also acknowledged at the status conference that Count I of Plaintiff's complaint implicitly raises the question whether the "Gross Receipts" provision in the lease agreement is ambiguous. In addition, the parties agreed that trial, if necessary, shall be held in either Jackson or Vicksburg, Mississippi.

Following the close of discovery, the parties shall file, on or before **December 12, 2007**, a joint status report indicating, inter alia, whether either party intends to file a dispositive motion as to Count I and/or Count VIII and whether the parties believe that ADR would be appropriate. A telephonic status conference shall be held on **December 18, 2007 at 10:30 AM** Eastern Time. One business day before the conference, counsel shall email chambers (damich_chambers@ao.uscourts.gov) to provide the phone number where he or she can be reached and to inform the court whether any others will be participating for that party (and, if so, their names and affiliations). The conference will be on the record via audio-recording, unless either party requests that a reporter be present. Such a request must be made at least five business days in advance of the conference.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge