**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BASS MANAGEMENT, INC.**

**VS.**

**CIVIL ACTION NO. 1:07cv00056**

**UNITED STATES OF AMERICA**

**NOTICE OF SERVICE OF DISCOVERY**

**NOTICE IS HEREBY GIVEN,** that Plaintiff, Bass Management, Inc., has this date served the following discovery documents:

1. Re-Notice of Deposition of Bill Mayfield for October 16, 2007;
4. Re-Notice of Deposition of Burke S. Torrey for October 17, 2007; and
5. Re-Notice of Deposition of Sheila Franco for October 18, 2007.

The undersigned retains the originals of the above documents as custodian thereof pursuant to Uniform Local Rule 6(e)(2).

Dated this the 3rd day of October, 2007.

Respectfully submitted,

**PHELPS DUNBAR, L.L.P.**

By: ***/s/Frank W. Trapp***

FRANK W. TRAPP MSB # 8261
PHELPS DUNBAR, L.L.P.
111 EAST CAPITOL STREET, SUITE 600
POST OFFICE BOX 23066
JACKSON, MISSISSIPPI 39225-3066
TELEPHONE: (601) 352-2300
FACSIMILE: (601) 360-9777

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on the following counsel of record by US Mail, properly addressed and postage prepaid and electronic mail:

David My Hibey, Esq.
U.S. Department of Justice
Civil Division
1100 L. Street NW
Washington, DC 20530

THIS the 3rd day of October, 2007.

*/s/Frank W. Trapp*
Frank W. Trapp