**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BASS MANAGEMENT, INC.**

**VS.** **CIVIL ACTION NO. 1:07cv00056**

**UNITED STATES OF AMERICA**

**PLAINTIFF'S JOINDER IN DEFENDANT'S MOTION FOR EXTENSION OF TIME FOR FACT DISCOVERY**

Bass Management, Inc. joins with the Defendant in mutually requesting the Court enlarge the discovery period through February 5, 2007. The parties have made great strides in settlement negotiations which, if finalized, will moot the need for additional discovery. Indeed, presently it appears that the parameters of a settlement in principle have been determined, subject to Bass Management's attempt to resolve the contractual and financial problems presented by its sublease with Hill's Lake Escape. [Any settlement would also be subject to review and approval of DOJ supervisory level officials.] Furthermore, without conceding Defendant's various contention of inadequate discovery responses, the additional time will enable the parties seek an amicable resolution of Defendant's concerns without having to bring the matter before the Court.

Respectfully submitted,

BY: ***/s/Frank W. Trapp***

Frank W. Trapp, MB #8261
PHELPS DUNBAR LLP
111 East Capitol Street • Suite 600
Jackson, Mississippi 39201-2122
P. O. Box 23066
Jackson, Mississippi 39225-3066
Telephone: (601) 352-2300
Telecopier: (601) 360-9777

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on the following counsel of record by ECF and U.S. Mail, properly addressed and postage prepaid:

David M. Hibey, Esq.
U. S. Department of Justice
Civil Division
1100 L. Street NW
Washington, DC 20530

THIS the 2nd day of December, 2007.

***/s/Frank W. Trapp***
Frank W. Trapp