# In the United States Court of Federal Claims

No. 07-56 C
(Filed: December 5, 2007)

***********************************
**BASS MANAGEMENT, INC.** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

## SCHEDULING ORDER

At the status conference held on August 16, 2007, the parties agreed to conduct discovery on issues pertaining to Count I and Count VIII only (discovery on the other counts is stayed). Fact discovery was to close on December 7, 2007.

On November 23, 2007, Plaintiff moved this Court, without opposition, to extend the deadline for fact discovery until February 5, 2008. The Court hereby GRANTS this motion and extends the deadline for the close of fact discovery until February 5, 2008.

The scheduling order of August 16, 2007, also ordered the parties to file a joint status report on December 12, 2007, and to be available for a telephonic status conference on December 18, 2007. The purpose of both the status report and status conference was to determine whether the parties intended to file dispositive motions regarding Counts I and VIII and whether ADR would be appropriate. The Court now ORDERS the parties to file such a joint status report on or before Tuesday, February 12, 2008. The Court also cancels the telephonic status conference set for December 18, 2007, and will contact the parties following receipt of the status report if it deems a telephonic conference to be necessary.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge