IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BASS MANAGEMENT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 07-056C<br>(Chief Judge Damich) |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**<u>JOINT MOTION FOR STAY OF PROCEEDINGS</u>**

The parties respectfully request that the Court stay discovery in this matter in order to allow the parties to continue with settlement discussions. The parties believe that a stay would be in the interest of the parties and of judicial economy so that the parties may focus on settlement negotiations. Presently fact discovery is scheduled to conclude on February 5, 2008. The parties hope to resolve this dispute without the assistance of the Court and without the need for further discovery within 90 days, to and including April 8, 2008. The parties have exchanged settlement proposals and are hopeful that resolution of this matter will occur soon. Accordingly, the parties propose that the parties file a joint status report every 45 days to inform the Court of the status of settlement discussions.

For the foregoing reasons, the parties respectfully request that the Court stay all proceedings in this matter until April 8, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

s/Frank W. Trapp
Frank W. Trapp, MB #8261
Phelps Dunbar LLP
111 East Capitol Street, Suite 600
Jackson, Mississippi 39201-2122
P.O. Box 23066
Jackson, Mississippi 39225-3066
Telephone: (601) 352-2300
Facsimile: (601) 360-9777

Attorneys for Plaintiff

/s David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

Attorneys for Defendant

January 9, 2008

CERTIFICATE OF FILING

I hereby certify that on this 9th day of January, 2008, a copy of the foregoing "Joint Motion For Stay of Proceedings" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David M. Hibey