# In the United States Court of Federal Claims

No. 07-56 C
(Filed: May 16, 2008)

| | |
|---|---|
| **BASS MANAGEMENT, INC.** | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |

## ORDER FOR CORRECTED STIPULATION OF DISMISSAL

On March 7, 2008, the parties filed a joint stipulation dismissing this case with prejudice. Joint Stipulation of Dismissal (Mar. 7, 2008). The Clerk of the Court, however, subsequently sent the parties a deficiency notice stating that the stipulation was not signed correctly according to Appendix E 19(a) of the Rules of the Court of Federal Claims ("RCFC"). Specifically, an "/s" accompanied the electronic signatures of counsel for Defendant, Kirk T. Manhardt and David M. Hibey, when the signatures should instead have been accompanied by an "s/." *See* RCFC Appendix E 19(a). The parties are, therefore, ORDERED to file a corrected stipulation of dismissal in accordance with the Rules of the Court of Federal Claims on or before **Friday, May 23, 2008.**

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge