IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BASS MANAGEMENT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-056C |
| | ) | (Chief Judge Damich) |
| UNITED STATES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STIPULATION OF DISMISSAL (CORRECTED)**

Pursuant to Rule 41(a)(1) of the rules of this Court, it is hereby stipulated and agreed by the parties that plaintiff's action against the United States shall be, and hereby is, dismissed with prejudice and without costs or fees to either party.

Respectfully submitted,

GREGROY K. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

s/Frank W. Trapp
Frank W. Trapp, MB #8261
Phelps Dunbar LLP
111 East Capitol Street, Suite 600
Jackson, Mississippi 39201-2122
P.O. Box 23066
Jackson, Mississippi 39225-3066

s/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.

Telephone: (601) 352-2300
Facsimile: (601) 360-9777

Attorneys for Plaintiff

Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

Attorneys for Defendant

May 19, 2008

CERTIFICATE OF FILING

I hereby certify that on this 19th day of May, 2008, a copy of the foregoing "Joint Stipulation of Dismissal (Corrected)" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David M. Hibey